UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHAUNCEY T. LEWIS,

Plaintiff,

v.

BENNY, et al.,

Defendants.

Case No. 25-cv-08390-JST

**ORDER OF DISMISSAL**

Re: ECF No. 5

Plaintiff, an inmate currently housed at Substance Abuse Treatment Facility in Corcoran, California, has filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on or about October 20, 2025. ECF No. 1. On January 5, 2026, the Court dismissed the complaint for failure to state a claim, and granted Plaintiff leave to file an amended complaint. ECF No. 4. On February 2, 2026, Plaintiff filed a motion to dismiss this case without prejudice, stating that his poor health prevented him from prosecuting this case and that he believed he needed the assistance of counsel to properly prosecute this case. ECF No. 5. Pursuant to Fed. R. Civ. P. 41(a), a plaintiff may dismiss an action without a court order by filing a notice of dismissal prior to the opposing party serving an answer. No answer has been filed in this case, and he Court is unaware of Plaintiff having previously dismissed any federal or state court action based on or including the claims raised herein. The Court therefore GRANTS Plaintiff's request to voluntarily dismiss this case without prejudice. ECF No. 5.

The Court DISMISSES this case without prejudice.[1] Judgment is entered in favor of

---

[1] Plaintiff is advised that he must still pay the full filing fee despite the voluntary dismissal of this action. *Porter v. Dep't of Treasury*, 564 F.3d 176, 179 (3d Cir. 2009) (3d Cir. 2009) (litigant's voluntary dismissal of appeal did not entitle him to refund of fees for docketing and filing appeal); *see also Green v. Bank of Am.*, No. 2:12-CV-02093-GEB, 2012 WL 5032414, at *1 (E.D. Cal.

<div style="text-align:left; writing-mode: vertical-lr;">United States District Court
Northern District of California</div>

Defendants and against Plaintiff.  The Clerk shall close the case.

This order terminates ECF No. 5.

**IT IS SO ORDERED.**

Dated:  February 20, 2026



_____
JON S. TIGAR
United States District Judge

---

Oct. 17, 2012) (collecting cases holding that voluntary dismissal of action does not entitle litigant to refund of filing fees; although cases cited concerned dismissals of appeals, reasoning in these cases apply equally to district court filings).  Under the Prison Litigation Reform Act, once a prisoner is granted leave to proceed in forma pauperis, the prisoner is obligated to pay the filing fees in full.  28 U.S.C. § 1915(b)(1); *Porter*, 564 F.3d at 180.  "The filing fee is assessed for the privilege of initiating the matter, without regard to the subsequent disposition." *Bustillos v. Hernandez*, No. 123CV01365SABPC, 2023 WL 7626936, at *1 (E.D. Cal. Nov. 14, 2023).  Funds for the filing fee will continue to be deduced from income to Plaintiff's account in accordance with 28 U.S.C. § 1915(B)(1) until his filing fee obligation is satisfied.